UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61554-Civ-Dimitrouleas/Snow

LYNNE M. BALTHAZOR
on behalf of herself and
all others similarly situated,

    Plaintiff,
v.

LEADING EDGE RECOVERY SOLUTIONS, LLC
and SECURITY CREDIT SERVICES, LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Lynne M. Balthazor, notifies the Court that the parties have reached a settlement in full at mediation, held September 26, 2012, and are in the process of concluding the settlement and the parties will file a joint dismissal with prejudice within 10 days.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    don@donyarbrough.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61554-Civ-Dimitrouleas/Snow

LYNNE M. BALTHAZOR
on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

LEADING EDGE RECOVERY SOLUTIONS, LLC
and SECURITY CREDIT SERVICES, LLC,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 1, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  s/Donald A. Yarbrough
                                                  Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. David P. Hartnett, Esq.
Hinshaw & Culbertson, LLP
4 Floor
2525 Ponce de Leon Boulevard
Coral Gables, FL 33134
Telephone: 305-428-5031
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF