UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61554-CIV-DIMITROULEAS

LYNNE M. BALTHAZOR
on behalf of herself and
all others similarly situated,

    Plaintiff,

vs.

LEADING EDGE RECOVERY SOLUTIONS, LLC
and SECURITY CREDIT SERVICES, LLC,

    Defendants.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE 74], filed on October 5, 2012. The Court has carefully considered the Stipulation, notes the signature of counsel for both sides, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation for Dismissal with Prejudice [DE 74] is **APPROVED**;

2. This action is **DISMISSED WITH PREJUDICE as to the Plaintiff's individual claims, and DISMISSED WITHOUT PREJUDICE as to any putative class claims**;

3. Each party shall bear its own attorneys' fees and costs, except as otherwise agreed by the parties;

4. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 9th day of October, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record